**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**BRILEY, JAMES EUGENE**
**BRILEY, TIFFANY LANDRY**                                             **CASE NO. 04-30204**
**CHAPTER 7**

## TRANSMITTAL OF UNCLAIMED FUNDS

NOW INTO COURT comes **LUCY G. SIKES**, Chapter 7 Bankruptcy Trustee in the above captioned bankruptcy case, who reports the following:

1.

Ninety (90) days having passed since the final distribution under 11 USC 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of the persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known address are:

JAMES BRILEY
Amount: $488.84
412 GARFIELD STREET
BASTROP, LA 71220

2.

Your Trustee's check for $488.84, payable to the Clerk of Court, is attached to this report and list.

3.

Nothing further remains to be done in this case.

Monroe, Louisiana, this 19th day of January, 2006.

                                                                                      **LUCY G. SIKES**
                                                                                      Chapter 7 Bankruptcy Trustee
                                                                                      3004 Jackson Street, Suite B
                                                                                      Alexandria, Louisiana 71301
                                                                                      Telephone: (318) 561-4005
                                                                                      Facsimile: (318) 561-4253

                                                                                      By:/s/Lucy G. Sikes
                                                                                         Lucy G. Sikes