# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

RECEIVED APR 23 2010 UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA

IN RE: **James E. Briley & Tiffany L. Briley**

CASE NO: 04BK-30204

## ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$$488.84** payable to **James Briley** are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $488.84 payable to **James Briley** at the following address: **518 Eastwood Dr., Bastrop, LA 71220-3210**.

**THUS DONE AND SIGNED** in April_____, Louisiana, this 22nd day of April, 2010.

_____
HENLEY A. HUNTER, JUDGE
UNITED STATES BANKRUPTCY COURT