# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–3 | User: fserwatka | Date Created: 4/26/2010 |
| Case: 04–30204 | Form ID: pdf8 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
tr      Lucy G. Sikes (Ch 7 Trustee)      lucygsikes@comcast.net
aty      Lucy G. Sikes      lucygsikes@comcast.net
aty      Malcolm DeCelle, Jr.      dcell_118@msn.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      James Eugene Briley      412 Garfield      Bastrop, LA 71220
jdb      Tiffany Landry Briley      412 Garfield      Bastrop, LA 71220

TOTAL: 2